# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY L. MILLER,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>DERRAL G. ADAMS, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 10-0428-DOC (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 24, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE