# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY L. MILLER,<br><br>        Petitioner,<br><br>        v.<br><br>DERRAL G. ADAMS, Warden,<br><br>        Respondent. | Case No. EDCV 10-0428-DOC (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 24, 2012

                                      *David O. Carter*
                            DAVID O. CARTER
                    UNITED STATES DISTRICT JUDGE